UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID TARVER,<br><br>    Plaintiff,<br><br> vs.<br><br>DALE NEWBIE, MR. STIUTIAL and JOHN/JANE DOE D.N.R. STAFF,<br><br>    Defendants. | NO. CV-05-91-JLQ<br><br>ORDER GRANTING REQUEST TO VOLUNTARILY DISMISS ACTION |

While awaiting Mr. Tarver's compliance with the requirements for filing an action *in forma pauperis*, the court received a letter from him dated April 16, 2005. Mr. Tarver stated the D.O.C. had granted the relief he was seeking and he wished to dismiss this action. Defendants have not been served. Accordingly, IT IS ORDERED Plaintiff's Request (Ct. Rec. 4) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and close the file.

**DATED** this 19th day of April 2005.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST TO VOLUNTARILY DISMISS ACTION -- 1