AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DAVIT TRAVER,

                    Plaintiff,

            v.

DALE NEWBIE, MR. STIUTIAL,
and JOHN/JANE DOE D.N.R. STAFF,

                    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-91-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's reequest to dismiss this action is granted. The Complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P.41(a).

| April 19, 2005 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |